IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Booth, Denise D

Printed: 1/29/08

Case Number: 04 B 41563
Judge: Squires, John H
Filed: 11/9/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: November 7, 2007
Confirmed: January 20, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 15,050.00 |  |
| Secured: |  | 12,215.98 |
| Unsecured: |  | 775.50 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,300.00 |
| Trustee Fee: |  | 748.12 |
| Other Funds: |  | 10.40 |
| Totals: | 15,050.00 | 15,050.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Marsha A Fisher | Administrative | 1,300.00 | 1,300.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 14,790.59 | 12,215.98 |
| 4. | ECast Settlement Corp | Unsecured | 113.74 | 62.25 |
| 5. | Resurgent Capital Services | Unsecured | 78.24 | 42.82 |
| 6. | Nuvell Financial Services | Unsecured | 1,225.00 | 670.43 |
| 7. | Omni Credit Service | Unsecured | 18.09 | 0.00 |
| 8. | Omni Credit Service | Unsecured | 86.89 | 0.00 |
| 9. | Ingalls Memorial Hospital | Unsecured |  | No Claim Filed |
| 10. | Endodontic & Periodontic Assoc | Unsecured |  | No Claim Filed |
| 11. | J C Penney Co Inc | Unsecured |  | No Claim Filed |
| 12. | St James Hospital | Unsecured |  | No Claim Filed |
| 13. | MCI | Unsecured |  | No Claim Filed |
| 14. | Capital One | Unsecured |  | No Claim Filed |
| 15. | Parkview Orthopaedic Group | Unsecured |  | No Claim Filed |
| 16. | Providian | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 17,612.55 | $ 14,291.48 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 79.62 |
| 4% | 66.00 |
| 3% | 49.50 |
| 5.5% | 272.25 |
| 5% | 82.50 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Booth, Denise D | Case Number: 04 B 41563 |
| | Judge: Squires, John H |
| Printed: 1/29/08 | Filed: 11/9/04 |

```
            4.8%              105.10
            5.4%               93.15
                          ----------
                          $ 748.12
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                      Marilyn O. Marshall, Trustee, by:

                      */s/ Mack* _____